JP:WDS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M11-266**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ALICIA LOUISE JARRETT,

        Defendant.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(21 U.S.C. §§ 952(a)
and 960)

EASTERN DISTRICT OF NEW YORK, SS:

       MARK STURTEVANT, being duly sworn, deposes and states that he is a Special Agent with United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

       Upon information and belief, on or about March 9, 2011, within the Eastern District of New York and elsewhere, defendant ALICIA LOUISE JARRETT did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

       (Title 21, United States Code, Sections 952(a) and 960).

       The source of your deponent's information and the grounds for his belief are as follows:[1]

---

    [1]    Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. On March 9, 2011, the defendant ALICIA LOUISE JARRETT arrived at John F. Kennedy International Airport in Queens, New York, aboard JetBlue Airlines flight number 780 from Montego Bay, Jamaica.

2. The defendant ALICIA LOUISE JARRETT was selected by Customs and Border Protection ("CBP") Inspectors for a customs enforcement examination. The inspector asked the defendant ALICIA LOUISE JARRETT routine customs questions, and the defendant stated that the luggage she was carrying was hers and that everything inside belonged to her.

3. The defendant ALICIA LOUISE JARRETT then presented three bags for inspection, including a black and red "Swiss Gear" bag, along with a baggage claim check that matched the "Swiss Gear" bag. An examination of the defendant's "Swiss Gear" suitcase revealed four coffee bags, which, when opened, revealed a white, powdery substance that field-tested positive for cocaine. The gross weight of the cocaine in the defendant's suitcase was approximately 2,022 grams.

4. The defendant ALICIA LOUISE JARRETT was then placed under arrest.

WHEREFORE, your deponent respectfully requests that the defendant ALICIA LOUISE JARRETT be dealt with according to law.

MARK STURTEVANT
Special Agent
Homeland Security Investigations

Sworn to before me this
10th day of March, 2011

S/Orenstein

THE HONORA
UNITED STA
EASTERN DI